# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiffs, | 8:23CR9 |
| vs. | AMENDED ORDER |
| TUT YUAL, | |
| Defendants. | |

This matter comes before the Court on the plaintiff's Motion for Extension to File Response Brief (Filing No. 59). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Order at Filing No. 59 is amended as follows:

1. On or before **July 21, 2023**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **July 28, 2023**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **August 4, 2023**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference set for July 28, 2023, is canceled. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **August 11, 2023, at 10:30 a.m.** Counsel shall use the case conference instructions at Filing No. 56.

Dated this 7th day of July, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge