## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiffs,** | **8:23CR9** |
| vs. | **SECOND AMENDED ORDER** |
| **TUT YUAL,** | |
| **Defendants.** | |

This matter comes before the Court on the plaintiff's Unopposed Motion to Extend Time to File Response Brief (Filing No. 63). After review of the motion, the Court finds good cause to grant the requested extensions. Accordingly,

**IT IS ORDERED** that the Amended Order at Filing No. 60 is amended as follows:

1. On or before **August 11, 2023**, the government shall file its brief in opposition to the defendant's motion. See NECrimR 12.3(c).

2. On or before **August 18, 2023**, the parties shall meet and confer to resolve any issues not requiring an evidentiary hearing, agree upon any factual stipulations to be presented to the court, and discuss proposed exhibits and witnesses.

3. On or before **August 25, 2023**, the parties shall deliver to the undersigned's chambers via email to nelson@ned.uscourts.gov or hand delivery their proposed witness list(s), exhibit list(s), and copies of all exhibits.

4. The telephone status conference set for August 11, 2023, is canceled. A telephone status conference to discuss prehearing matters and the scheduling of an evidentiary hearing will be held before the undersigned magistrate judge on **August 30, 2023, at 10:00 a.m.** Counsel shall use the case conference instructions at Filing No. 56.

Dated this 20th day of July, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge