IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>   vs.<br><br>TUT YUAL and<br>KUN GACH,<br><br>               Defendants. | 8:23CR9<br><br>**ORDER** |

      Pursuant to Federal Rule of Criminal Procedure 48(a), the United States has moved to dismiss without prejudice the Indictment, Filing 1, as to defendants Tut Yual and Kun Gach. Filing 117. Rule 48(a) provides, "The government may, with leave of court, dismiss an indictment, information, or complaint. The government may not dismiss the prosecution during trial without the defendant's consent." Because the United States did not file this Motion "during trial," the defendants' consent is not needed. Thus, the Indictment is dismissed without prejudice as to the above-named defendants.

      Dated this 17th day of July, 2024.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge